**IT IS ORDERED as set forth below:**



Date: June 14, 2013

_____
Wendy L. Hagenau
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHARLIE MILTON JACKSON, III. | : | CASE NUMBER A10-87116-WLH |
| DEBTOR | : | JUDGE HAGENAU |

### CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO PROVIDE TAX REFUNDS

On June 6, 2013 at 10:00 a.m., the Court held a hearing on the Trustee's Motion to Dismiss based upon the Debtor's failure to remit tax refunds to the Chapter 13 Trustee. It further appears to the Court that the Debtor through counsel, agreed at the call of the Court's calendar to a consent agreement. For cause shown, **IT IS HEREBY**

**ORDERED**, that because the Debtor spent the refund for 2012 without Court permission the plan is hereby modified to require the Debtor to provide the 2013 Tax Return and Refund to the Trustee for repayment of creditors. The tax refunds received for this year shall cause an increase in the plan base.

The Clerk of the Court is directed to serve notice of this Order to the Debtor, Debtor's attorney, and the Chapter 13 Trustee.

## END OF DOCUMENT

CONSENTED TO BY:

_____/s/_____  
Julie M. Anania,  
Attorney for Chapter 13 Trustee  
GA Bar No. 477064  
303 Peachtree Center Ave., NE  
Suite 120  
Atlanta, GA  30303  
(678) 992-1201

_____/s/_____  
Jonathan Proctor  
Attorney for Debtor  
GA Bar No. 890603  
Robert J. Semrad & Associates  
101 Marietta Street, Suite 3600  
Atlanta, GA 30303  
*Signed by Julie M. Anania with express permission*